FILED
NOV - 8 2010
CLERK U.S. B[...]
CENTRAL DISTRICT OF [...]
BY

Juan Carlos Zapata, Debtor pro se
Patricia Ultreras, Debtor pro se
1660 Tapir Circle
Ventura, California 93003
805-452-5736

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re Zapata and Ultreras, | CASE NO. 10-14200 |
| Debtors | Chapter 13 |
| | Judge Robin Riblet |

DEBTORS' OBJECTION TO JUDGE AND TRUSTEE DISMISSING CASE

*No oral argument requested*

We have received of the court's Order dated 10/19 dismissing this case. We object as follows:

<u>Your Order is based on a falsehood</u>

Your Order claims the case is dismissed because we failed to attend a meeting of creditors. This is an absolute falsehood.

We have attended every meeting for which we received notice. At the first meeting the trustee said we had to "get a counsel" and come back October 13th. On October 13th the first thing she said was about "getting a counsel," the trustee was then informed several attorneys had been contacted but no one wanted to work with us on a payment plan. The trustee replied she would ask the court to dismiss the case for no counsel. On being informed we would like to explore our options to covert this chapter 13 to another chapter, she said we had to file a motion stating that "but you have to do it before I submit my request for dismissal" and that was it.

At no time did the trustee give us any notice she would dismiss because of fees.

Page 1 - DEBTORS' OBJECTION TO ORDER

### Your Order is against the law

Our right to do this case by ourselves is protected by federal law (*see* 28 U.S.C.A. § 1654). Converting to another chapter is our right under the Bankruptcy Code § 1307. More importantly, § 1307(c) is clear you can do this dismissal *only* "after notice and a hearing."

### SUMMARY

We seriously question your competence to be the trustee and judge for our case. You don't even know the laws for doing this, and it seems you're only interested in yourselves and your fellow attorneys!!

We give you the opportunity *now* to withdraw yourselves off this case *after* you cancel this Order. We see we have 28 days – until November 16th – to put a formal motion before this court to give us relief from your Order.

We give you this our only notice if we are forced to file that motion, or to find ourselves otherwise prejudiced by your Order, we will not file for that relief but also start the process to have you both removed from your offices and your fitness to serve be reviewed.

We also reserve our right to have this Request construed so as to do justice according to FRCP 8(e) and all other applicable law.

Respectfully submitted, without prejudice, on __11-5__, 2010

By: _____
Juan Carlos Zapata

By: _____
Patricia Ultreras

Page 2 - DEBTORS' OBJECTION TO ORDER

CERTIFICATE OF SERVICE: I certify that on the above date I did serve a true copy of this Objection by certified mail on the Trustee, and to any relevant opposing parties or their attorneys at their addresses of record by regular mail.

By: _____

*Juan Carlos Zapata*

Page 3 - DEBTORS' OBJECTION TO ORDER