

FILED
DEC - 3 2010

Juan Carlos Zapata, Debtor *pro se*
Patricia Ultreras, Debtor *pro se*
1243 Petit Ave., Apt # 258
Ventura, California 93004
805-452-5736

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Zapata and Ultreras,<br><br>　　　　　　　　　　　　Debtors | CASE NO. 10-14200<br>Chapter 13<br><br><br><br>~~Judge Robin Riblet~~ |

### DEBTORS' OBJECTION TO "CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT"

*No oral argument requested*

We have received this document filed and served by Trustee Rojas.

As our previous Objection and letter to the U.S. Trustee shows, we do not have any faith in either the competence nor the good faith in Trustee Rojas, nor the way she has conducted this case. By now she should have been removed from any involvement whatsoever in this case. We are concerned she has poisoned this entire case and its process against us.

As your supervising court has said in *St. Angelo v. Victoria Farms Inc.*, 38 F.3d 1525 (9th Cir. 1994):

> "The [trustees] program was intended ... to eliminate the appearance of favoritism arising from the close relationship that existed between Judges and trustees, and to address the problem of cronyism that exists in many parts of the county in the appointment of trustees by bankruptcy Judges ..... the U.S. Trustees' activities have a direct effect upon the rights and liabilities of both debtors and creditors."

Trustee Rojas summarizes all the negative parts the program was apparently intended to eliminate. Her cronyism with Judge Riblet is shown in the unlawful

Page 1 - DEBTORS' OBJECTION TO TRUSTEE'S FINAL REPORT

dismissal of this case and resulted in we have been evicted recently from our home, while supposedly under their protection. We have suffered greatly, and she played a key role in causing it.

### RELIEF REQUESTED

Therefore we ask and move this court to disregard the "CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT" and anything else submitted by Rojas.

We also reserve our right to have this construed so as to do justice according to FRCP 8(e) and all other applicable law, and to amend or supplement it if we decide it to be needed.

Respectfully submitted, without prejudice, on __12-1__, 2010

By:_____
*Juan Carlos Zapata*

By:_____
*Patricia Ultreras*

CERTIFICATE OF SERVICE: I certify that on the above date I did serve a true copy of this motion on the U.S. Trustee and all relevant opposing parties or their attorneys at their addresses of record by regular mail.

By:_____
*Juan Carlos Zapata*

Page 2 - DEBTORS' OBJECTION TO TRUSTEE'S FINAL REPORT